AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| JOHNATHAN MAJOR | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:24-CV-02895 |
| NUCOR STEEL LOUISIANA LLC, CENTURY ELEVATORS, INC., BRANDSAFWAY SERVICES, LLC, HOIST & CRANE SERVICES GROUP, INC. & PEGA HOIST | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CENTURY ELEVATORS, INC.
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BLASE INZINA
INZINA LAW FIRM
3861 AMBASSADOR CAFFERY PARKWAY, SUITE 601
LAFAYETTE, LA 70503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| JOHNATHAN MAJOR | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   2:24-CV-02895 |
| NUCOR STEEL LOUISIANA LLC, CENTURY ELEVATORS, INC., BRANDSAFWAY SERVICES, LLC, HOIST & CRANE SERVICES GROUP, INC. & PEGA HOIST | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HOIST & CRANE SERVICE GROUP, INC.
THROUGH ITS REGISTERED AGENT FOR SERVICE:
CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BLASE INZINA
INZINA LAW FIRM
3861 AMBASSADOR CAFFERY PARKWAY, SUITE 601
LAFAYETTE, LA 70503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| JOHNATHAN MAJOR<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>NUCOR STEEL LOUISIANA LLC, CENTURY ELEVATORS, INC., BRANDSAFWAY SERVICES, LLC, HOIST & CRANE SERVICES GROUP, INC. & PEGA HOIST<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24-CV-02895 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    BRANDSAFWAY SERVICES, LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> BLASE INZINA
> INZINA LAW FIRM
> 3861 AMBASSADOR CAFFERY PARKWAY, SUITE 601
> LAFAYETTE, LA 70503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| JOHNATHAN MAJOR | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  2:24-CV-02895 |
| NUCOR STEEL LOUISIANA, LLC, CENTURY ELEVATORS, INC., BRANDSAFWAY SERVICES, LLC, HOIST & CRANE SERVICES GROUP, INC. & PEGA HOIST | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PEGA HOIST
THROUGH ITS REGISTERED AGENT FOR SERVICE:
J.GREGORY TROUTMAN
700 MARION E. TAYLOR BUILDING
312 SOUTH FOURTH STREET
LOUISVILLE, KY 40202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BLASE INZINA
INZINA LAW FIRM
3861 AMBASSADOR CAFFERY PKWY, SUITE 601
LAFAYETTE, LA 70503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                          *Signature of Clerk or Deputy Clerk*