UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNATHAN MAJOR | CIVIL ACTION |
| VERSUS | NO: 24-02895 |
| NUCOR STEEL LOUISIANA, LLC, et al. | SECTION: T (5) |

## ORDER AND REASONS

Before the Court is a Motion to Remand filed by Plaintiff Johnathan Major. R. Doc. 16. Plaintiff requests this matter be remanded to the 23rd Judicial District Court, Parish of St. James, State of Louisiana, based upon the fact that Plaintiff is a citizen of the State of Louisiana and recently-added Defendant, Hoist & Crane Services Group, Inc., *see* R. Doc. 15 (Second Amended Complaint) is also a citizen of the State of Louisiana. Therefore, he asserts, no diversity of citizenship exists because Defendant, Hoist & Crane Services Group, Inc., is an in-state Defendant against whom the Plaintiff has stated a viable cause of action. He thus contends this Court lacks subject matter jurisdiction. 28 U.S.C. § 1441(b).

Defendant Nucor Steel Louisiana, LLC initially removed the case to the Eastern District of Louisiana on December 17, 2024. R. Doc. 1. However, in the Joint Status Report filed on March 18, 2025, Defendant stated: "Defendant submits that it does not intend to oppose Plaintiff's Motion to Remand." R. Doc. 22, p. 2. Plaintiff's Motion to Remand is therefore unopposed.

1

Accordingly,

**IT IS ORDERED** that Motion to Remand (R. Doc. 16) is GRANTED and this case is hereby remanded to the 23rd Judicial District Court, Parish of St. James, State of Louisiana.

New Orleans, Louisiana, this 19th day of March 2025.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE